AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>CARL D. MONTAGUE<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.   1:25-mj-41-AEM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 27, 2025 _____ in the county of _____ Providence _____ in the

_____ District of _____ Rhode Island _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 871;<br>18 U.S.C. §§ 875(c);<br>18 U.S.C. §§ 115(a)(1)(B). | Threats Against the President;<br>Interstate Threats;<br>Threaten to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Ciara Corbett with the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ciara Corbett - FBI
*Printed name and title*

*telephonically*

Sworn to before me ~~and signed in my presence~~.

Date: 7/7/2025

_____
*Judge's signature*

City and state:        Providence, Rhode Island

John J. McConnell, U.S. District Judge
*Printed name and title*